302 U.S. 746
 58 S.Ct. 264
 82 L.Ed. 576
 LOUISIANA & ARKANSAS RAILWAY COMPANY, petitioner,
v.
Mrs. Esther FRANCIS.*
 No. 478.
 Supreme Court of the United States
 November 15, 1937
 
 Messrs. A. L. Burford, of Texarkana, Tex., and R. E. Milling, Jr., of New Orleans, La., for petitioner.
 Messrs. Leon O'Quin and Henry C. Walker, Jr., both of Shreveport, La., for respondent.
 
 
 1
 For opinion below, see 187 La. 975, 175 So. 638.
 
 
 2
 Petition for writ of certiorari to the Supreme Court of the State of Louisiana denied.
 
 
 
 *
 Rehearing denied 302 U.S. 779, 58 S.Ct. 362, 82 L.Ed. ——.